## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

### MINUTE SHEET

**UNITED STATES OF AMERICA**         Date: November 4, 2022

vs.        Case No.: 22-mj-2058DPR

**AMBER WATERMAN**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:** Initial Appearance – Complaint

**Time Commenced:** 2:13 p.m.      **Time Terminated:** 2:15 p.m.

---

### APPEARANCES

**Plaintiff:** Jim Kelleher and Stephanie Wan, AUSA
**USPPTS:** Tracy Cowin

---

**Proceedings:** Parties appear as indicated above. Defendant appears in person.

Counsel will be appointed by subsequent order. Government moves for pretrial detention.

Preliminary Hearing and Detention Hearing set for 11/9/2022 at 11:00 a.m.

Defendant in custody.

---

**Courtroom Deputy/ERO:** Karla Berziel