# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

## MINUTE SHEET

**UNITED STATES OF AMERICA**　　　　　　　　　Date:　　November 9, 2022

vs.　　　　　　　　　　　　　　　　　　　　　Case No.:　22-mj-2058DPR

**AMBER WATERMAN**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:**　Preliminary Hearing
　　　　　　　　　　　　Detention Hearing

**Time Commenced:**　1:06 p.m.　　　　　　　**Time Terminated:**　1:08 p.m.

---

## APPEARANCES

**Plaintiff:**　Stephanie Wan, AUSA
**Defendant:**　Paul Duchscherer, FPD
**USPPTS:**　Tracy Cowin

---

**Proceedings:**　Parties appear as indicated above. Defendant appears in person.

**Preliminary Hearing**: Court takes notice of the court file which includes a signed affidavit in support of the complaint. No evidence presented with regard to probable cause. Court finds probable cause and orders the matter held for grand jury or other proceedings.

**Detention Hearing**: The Court takes note of its own file, including the Pretrial Services Report prepared by the USPPTS Officer. The Government has filed a *Motion for Detention Hearing* (Doc. 9. Arguments made regarding Defendant's custody. The Court finds an adequate basis for detention and will issue a written order.

**Custody**: Defendant in custody.

---

**Courtroom Deputy/ERO:**　Rebecca Furtak