Reset Form

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

# CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**

McDonald / Southwestern

**Matter to be Sealed**

☐ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name: Amber Dawn Waterman

Alias Name:

Birth Date: 03-12-1980

**Related Case Information**

Superseding Indictment? ☐ Yes ■ No  If yes, original case number:
New Defendant(s)? ☐ Yes ■ No

Prior Complaint Case Number, if any: 22-mj-02058-DPR

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

AUSA Wan, Stephanie L.

**Interpreter Needed?**

☐ Yes  Language and/or Dialect:
■ No

**Location Status**

Arrest Date:

■ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ☐ Yes ■ No
**Warrant Required?** ☐ Yes ■ No

**U.S.C. Citations**

Total # of Counts   1 count

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 18:1201.F KIDNAPPING | 1 |
| 2 | | |
| 3 | | |
| 4 | | |

(May be continued on reverse)

revised: 07/28/2021