[ Reset Form ]

*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*

### CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**

McDonald / Southwestern

**Matter to be Sealed**

☐ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name: Jamie S. Waterman

Alias Name:

Birth Date: 06-16-1980

**Related Case Information**

Superseding Indictment? ☐ Yes ☒ No   If yes, original case number:

New Defendant(s)? ☐ Yes ☒ No

Prior Complaint Case Number, if any: 22-mj-02059-DPR

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

**AUSA** Wan, Stephanie L.

**Interpreter Needed?**

☐ Yes   Language and/or Dialect:
☒ No

**Location Status**

Arrest Date:

☒ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ☐ Yes ☒ No

**Warrant Required?** ☐ Yes ☒ No

**U.S.C. Citations**

Total # of Counts      1 count

| Set | Index Key & Description of Offense Charged | Count(s) |
|-----|-------------------------------------------|----------|
| 1 | 18:3.F  ACCESSORY AFTER THE FACT | 1 |
| 2 | | |
| 3 | | |
| 4 | | |

(May be continued on reverse)

revised: 07/28/2021