# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**  |  **Matter to be Sealed**
☐ Secret Indictment
McDonald / Southwestern
☐ Juvenile

**Defendant Information**

Defendant Name: Jamie S. Waterman

Alias Name:

Birth Date: 06-16-1980

**Related Case Information**

Superseding Indictment? ■ Yes ☐ No   If yes, original case number: 22-05035-02-CR-SW-SRB

New Defendant(s)? ☐ Yes ■ No

Prior Complaint Case Number, if any: 22-mj-02059-DPR

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

AUSA  Wan, Stephanie L.

**Interpreter Needed?**

☐ Yes   Language and/or Dialect:
■ No

**Location Status**

Arrest Date:

■ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ☐ Yes ■ No

**Warrant Required?** ☐ Yes ■ No

**U.S.C. Citations**

Total # of Counts    1 count

| Set | Index Key & Description of Offense Charged | Count(s) |
|-----|-------------------------------------------|----------|
| 1 | 18:3.F  ACCESSORY AFTER THE FACT | 1 |
| 2 |  |  |
| 3 |  |  |
| 4 |  |  |

(May be continued on reverse)

revised: 07/28/2021