# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

## CRIMINAL MINUTES - CHANGE OF PLEA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v. | Case Number: 22-05035-01-CR-SW-SRB |
| AMBER DAWN WATERMAN | Date: July 30, 2024 at 11:40 a.m./1:00 p.m. |

Honorable Stephen R. Bough presiding at Springfield, Missouri

Time commenced: 11:30 a.m.     Time terminated: 1:15 p.m.

Appearances:

    Government:   Stephanie Wan, AUSA; Jim Kelleher, AUSA
    Defendant:    Kimberly Sharkey, FPD; Paul Duchscherer, FPD

**PROCEEDINGS:**

11:40 a.m. Hearing is continued to 1:00 p.m.
1:00 p.m. Plea proceedings:

Defendant appears to change her plea from not guilty to guilty to Count One and Count Two of the Superseding Indictment.

| | |
|---|---|
| X | Defendant sworn. |
| X | Court questions defendant regarding her physical and mental condition. Defendant advised of right to trial by jury, maximum and minimum terms of incarceration and fine ranges. |
| X | Plea is accepted by the Court. |
| X | Court orders Presentence Investigation (PSI). |
| X | Defendant remanded to custody. |

REMARKS: Sentencing is set for **October 15, 2024 at 11:00 a.m.**

Court Reporter: Jeannine Rankin                                Karen Siegert, Courtroom Deputy